IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Stephan P. Dennis, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:18 CV 50361 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Officer Negal. | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

A status hearing was held on 4/19/2019 and the plaintiff was not present. The plaintiff was ordered to appear in person per the minute order entered on 4/17/2019 (See Dkt.# 12). The Court sent notice by way of regular mail and electronic email. The Court also attempted to notice the plaintiff by phone but was unable to leave a message at the phone number the plaintiff provided on his Pro Se Apperance form (See Dkt.#11). It is this Court's Report and Recommendation that the case be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Any objection to this Report and Recommendation is due by 5/3/2019. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).
(:02)

Date:  4/19/2019                                         /s/ Iain D. Johnston
                                                         U.S. Magistrate Judge